IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Stephanie Mell Adams, Debtor        Case No. 20-51197-KMS
                                             Chapter 13

### DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

    prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Stephanie Mell Adams**                                                                      **09/24/2025**
            Stephanie Mell Adams                                                                                   Date


**/s/ Thomas C. Rollins, Jr.**                                                                                        **09/25/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469                                                       Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

    On September 25, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                                            **/s/ Thomas C. Rollins, Jr.**
                                                                            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>STEPHANIE MELL ADAMS | CASE NO: 20-51197-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/25/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/25/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-51197-KMS |
|---|---|
| STEPHANIE MELL ADAMS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/25/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/25/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-51197-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU SEP 25 9-39-48 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ | ATT CORP<br>ATT SERVICES INC<br>KAREN CAVAGNARO LEAD PARALEGAL<br>ONE ATT WAY SUITE 3A104<br>BEDMINSTER NJ 07921-2693 |
| ATT MOBILITY II LLC<br>ATT SERVICES INC<br>KAREN A CAVAGNARO PARALEGAL<br>ONE ATT WAY SUITE 3A104<br>BEDMINSTER NJ 07921-2693 | AD ASTRA RECOVERY SERV<br>8918 W 21ST ST N<br>STE 200<br>WICHITA KS 67205-1880 | ALABAMA POWER<br>PO BOX 242<br>BIRMINGHAM AL 35292-0001 |
| BANK PLUS<br>1068 HIGHLAND COLONY P<br>RIDGELAND MS 39157-8807 | BLACK WARRIOR ELECTRIC<br>1410 US 43<br>DEMOPOLIS AL 36732-3825 | CATHERINES<br>COMENITY BANK<br>PO BOX 182273<br>COLUMBUS OH 43218-2273 |
| CENTRAL FINANCE<br>PO BOX 539<br>WAYNESBORO MS 39367-0539 | CENTRAL SUNBELT CREDIT<br>1506 CONGRESS ST<br>LAUREL MS 39440-4239 | CREDEBCE RESOURCE MGMT<br>PO BOX 1253<br>SOUTHGATE MI 48195-0253 |
| CREDIT PROTECTION<br>PO BOX 802068<br>DALLAS TX 75380-2068 | DISH NETWORK<br>PO BOX 105169<br>ATLANTA GA 30348-5169 | DR SINGH JATINDER<br>920 MATTHEW DR<br>WAYNESBORO MS 39367-2553 |
| ENHANCED RECOVERY<br>PO BOX 23870<br>JACKSONVILLE FL 32241-3870 | EXPRESS CHECK ADVANCE<br>1318 AZALEA DR<br>WAYNESBORO MS 39367-2257 | FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD MN 56303-0820 |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD 57104-4868 | GEICO INSURANCE<br>ONE GEICO PLAZA<br>BETHESDA MD 20810-0002 | ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SANTANDER CONSUMER USA<br>1601 ELM ST<br>STE 800<br>DALLAS TX 75201-7260 |
| ~~EXCLUDE~~<br>~~(D)SANTANDER CONSUMER USA INC~~<br>~~1601 ELM ST SUITE 800~~<br>~~DALLAS TX 75201-7260~~ | SEVENTH AVE<br>CO CREDITORS BANKRUPT<br>PO BOX 740933<br>DALLAS TX 75374-0933 | SOUTHERN FINANCIAL SYS<br>PO BOX 15203<br>HATTIESBURG MS 39404-5203 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SPEEDYRAPID CASH
PO BOX 780408
WICHITA  KS 67278-0408

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

UTILITIES BOARD
13217 CHOCTAW AVE
GILBERTOWN  AL 36908-9503

WAYNE CHECK ADVANCE
809 SPRING ST
WAYNESBORO  MS 39367-2421

WILLIE FELPS
162 DENHAM WINDCHESTER
WAYNESBORO  MS 39367-8738

EXCLUDE
~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR
STEPHANIE MELL ADAMS
92 CLAYBOURNE JONES RD
WAYNESBORO  MS 39367-3159

EXCLUDE
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~