United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-51197-KMS
Stephanie Mell Adams Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6         User: mssbad         Page 1 of 3
Date Rcvd: Oct 21, 2025         Form ID: 3180W         Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Mell Adams, 92 Claybourne Jones Rd, Waynesboro, MS 39367-3159 |
| 4918109 | + | Black Warrior Electric, 1410 US 43, Demopolis, AL 36732-3825 |
| 4918111 | + | Central Finance, P.O. Box 539, Waynesboro, MS 39367-0539 |
| 4918112 | + | Central Sunbelt Credit, 1506 Congress St, Laurel, MS 39440-4239 |
| 4918113 | + | Credebce Resource Mgmt, P.O. Box 1253, Southgate, MI 48195-0253 |
| 4918114 | | Credit Protection, P.O. Box 802068, Dallas, TX 75380-2068 |
| 4918116 | + | Dr. Singh Jatinder, 920 Matthew Dr, Waynesboro, MS 39367-2553 |
| 4918126 | + | Utilities Board, 13217 Choctaw Ave, Gilbertown, AL 36908-9503 |
| 4918127 | + | Wayne Check Advance, 809 Spring St, Waynesboro, MS 39367-2421 |
| 4918128 | + | Willie Felps, 162 Denham Windchester, Waynesboro, MS 39367-8738 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4935395 | + | EDI: ATTWIREBK.COM | Oct 21 2025 23:34:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Lead Paralegal., One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 4934463 | + | EDI: ATTWIREBK.COM | Oct 21 2025 23:34:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4918106 | + | Email/Text: bkinfo@ccfi.com | Oct 21 2025 19:34:00 | Ad Astra Recovery Serv, 8918 W 21st St N, Ste 200, Wichita, KS 67205-1880 |
| 4918107 | + | Email/Text: G2APCBANK@southernco.com | Oct 21 2025 19:34:00 | Alabama Power, P.O. Box 242, Birmingham, AL 35292-0001 |
| 4918108 | + | Email/Text: znotice@bankplus.net | Oct 21 2025 19:34:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 4918110 | | EDI: WFNNB.COM | Oct 21 2025 23:34:00 | Catherines, Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 4918115 | + | EDI: DISH | Oct 21 2025 23:34:00 | Dish Network, P.O. Box 105169, Atlanta, GA 30348-5169 |
| 4918117 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 22 2025 02:35:31 | Enhanced Recovery, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 4918118 | + | Email/Text: bnc@teampurpose.com | Oct 21 2025 19:34:00 | Express Check Advance, 1318 Azalea Dr, Waynesboro, MS 39367-2257 |
| 4918119 | + | EDI: BLUESTEM | Oct 21 2025 23:34:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4918120 | + | EDI: AMINFOFP.COM | Oct 21 2025 23:34:00 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 4918121 | + | Email/Text: argbsref@geico.com | Oct 21 2025 19:34:00 | Geico Insurance, One Geico Plaza, Bethesda, MD |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: 3180W | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 4918122 | + EDI: AGFINANCE.COM | Oct 21 2025 23:34:00 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 | 20810-0002 |
| 4925244 | + EDI: JEFFERSONCAP.COM | Oct 21 2025 23:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 | |
| 4937190 | EDI: Q3G.COM | Oct 21 2025 23:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 | |
| 4918123 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 21 2025 19:34:00 | Santander Consumer USA, 1601 Elm St, Ste 800, Dallas, TX 75201-7260 | |
| 4918124 | EDI: CBS7AVE | Oct 21 2025 23:34:00 | Seventh Ave, c/o Creditors Bankrupt, PO Box 740933, Dallas, TX 75374-0933 | |
| 4918125 | + Email/Text: angiec@mysfsinc.com | Oct 21 2025 19:34:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 | |
| 4920639 | + Email/Text: bkinfo@ccfi.com | Oct 21 2025 19:34:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 | |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4921036 | *+ | Santander Consumer USA Inc., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Stephanie Mell Adams jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Stephanie Mell Adams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Oct 21, 2025 Form ID: 3180W Total Noticed: 29

    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Stephanie Mell Adams** | | Social Security number or ITIN | xxx–xx–3905 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | | |
| Case number: **20–51197–KMS** | | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Stephanie Mell Adams**
fka Stephanie Dnail Adams

Dated: 10/21/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

| Form 3180W | **Chapter 13 Discharge** | page 1 |
|---|---|---|

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**